# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Goodwin, Charles B. | 2. Court or Organization<br><br>U.S. District Court for the Western District of Oklahoma | 3. Date of Report<br><br>8/11/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>200 NW 4th Street, Room 1305<br>Oklahoma City, OK 73102 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Mayflower Congregational Church |
| 2. | 2020 | Westminster School |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Bank | Mortgage on Rental Property #1 Oklahoma City, OK (Part VII, Line 84) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union | A | Interest | K | T | | | | | |
| 2. Bank of America Checking | A | Interest | J | T | | | | | |
| 3. Bank of America Savings | A | Interest | J | T | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. -Merrill Lynch Cash Equivalent Account (Y) See Part VIII | | | | | | | | | |
| 6. Brokerage Account #2 (H) | | | | | | | | | |
| 7. -Merrill Lynch Cash Equivalent Account | A | Interest | N | T | | | | | |
| 8. Brokerage Account #3 (H) | | | | | | | | | |
| 9. Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 10. -AAM Bahl & Gaynor Income AFNIX | A | Dividend | K | T | Sold (part) | 01/21/20 | J | A | |
| 11. -AB High Income Muni ABTYX | A | Dividend | K | T | Sold (part) | 01/21/20 | J | A | |
| 12. -AB Muni Income Fund ALTVX | B | Dividend | K | T | Sold (part) | 01/21/20 | J | A | |
| 13. -Blackrock Global BIBDX | A | Dividend | K | T | | | | | |
| 14. -Blackrock Strategic Muni MAMTX | B | Dividend | K | T | Sold (part) | 01/21/20 | J | A | |
| 15. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 16. -Clearbridge Large Cap SBLYX | A | Dividend | J | T | Sold (part) | 12/24/20 | J | A | |
| 17. -Columbia Dividend Income GSFTX | A | Dividend | K | T | | | | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
  (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
  (See Column C2)             U =Book Value             V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period  (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C  Gross value at end of reporting period  (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D  Transactions during reporting period  (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Eaton Vance Atlanta EISMX | A | Dividend | J | T | | | | | |
| 19. -Fidelity Adv Intl Cap FCPIX | A | Dividend | J | T | | | | | |
| 20. -Frt Trt Val Indx FVD | A | Dividend | J | T | | | | | |
| 21. -Invesco S&P 500 Low SPLV | A | Dividend | J | T | | | | | |
| 22. -IShares Core S&P 500 ETF IVV | A | Dividend | J | T | | | | | |
| 23. -IShares Morningstar JKG | A | Dividend | J | T | | | | | |
| 24. -Janus Henderson Global HFQIX | A | Dividend | J | T | | | | | |
| 25. -JP Morgan Equity Income HLIEX | A | Dividend | K | T | | | | | |
| 26. -JP Morgan Large Cap SEEGX | A | Dividend | J | T | Sold (part) | 12/24/20 | J | B | |
| 27. -Mainstay Epoch Global EPSYX | A | Dividend | J | T | Buy (add'l) | 12/24/20 | J | | |
| 28. -Mainstay Mackay MCNVX | A | Dividend | J | T | Sold (part) | 12/24/20 | J | A | |
| 29. -Mainstay Mackay High MMHIX | A | Dividend | K | T | Sold (part) | 01/21/20 | J | A | |
| 30. -Nuveen Preferred NPSRX | A | Dividend | J | T | | | | | |
| 31. -T Rowe Price Dividend PRDGX | A | Dividend | K | T | Sold (part) | 01/21/20 | J | A | |
| 32. -Thornburg Limited Term LTMIX | A | Dividend | K | T | | | | | |
| 33. -Transamerica Intl TSWIX | A | Dividend | J | T | | | | | |
| 34. -Xtrackers MSCI DBEF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Dividend VIG | A | Dividend | J | T | | | | | |
| 36. -Vanguard FTSE Emerging VWO | A | Dividend | J | T | | | | | |
| 37. -Wasatch International WAIGX | A | Dividend | J | T | | | | | |
| 38. First Oklahoma Investments LLC | B | Distribution | J | U | | | | | |
| 39. Avenue F LLC | B | Distribution | K | U | | | | | |
| 40. IRA Account #1 (H) | | | | | | | | | |
| 41. -Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 42. IRA Account #2 (H) | | | | | | | | | |
| 43. -Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 44. -AB High Income AGDYX | A | Dividend | J | T | | | | | |
| 45. -AB Income Fund Adv Class ACGYX | B | Dividend | K | T | Sold (part) | 06/24/20 | J | A | |
| 46. | | | | | Buy (add'l) | 12/24/20 | J | | |
| 47. -Clearbridge Large Cap SBLYX | A | Dividend | K | T | Sold (part) | 06/24/20 | J | A | |
| 48. -Columbia Dividend Income GSFTX | B | Dividend | L | T | Buy (add'l) | 06/24/20 | J | | |
| 49. -Eaton Vance Atlanta EISMX | A | Dividend | K | T | Buy (add'l) | 06/24/20 | J | | |
| 50. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 51. | | | | | Sold (part) | 12/23/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Fidelity Adv. Intl Cap FCPIX | A | Dividend | K | T | | | | | |
| 53.  -Franklin Convertible FCSZX | A | Dividend | J | T | Sold<br>(part) | 06/24/20 | J | A | |
| 54.  -Frt Trt Val Indx FVD | A | Dividend | K | T | Buy<br>(add'l) | 06/24/20 | J | | |
| 55.  -Invesco S&P 500 Low SPLV | A | Dividend | K | T | Buy<br>(add'l) | 06/24/20 | J | | |
| 56.  -IShares Core S&P 500 ETF IVV | A | Dividend | K | T | Sold<br>(part) | 12/23/20 | J | A | |
| 57.  -IShares Morningstar JKG | A | Dividend | J | T | Sold<br>(part) | 12/23/20 | J | A | |
| 58.  -IShares Tips TIP | A | Dividend | J | T | Buy<br>(add'l) | 12/28/20 | J | | |
| 59.  -JP Morgan Equity Income HLIEX | A | Dividend | K | T | Buy<br>(add'l) | 06/24/20 | J | | |
| 60. | | | | | Sold<br>(part) | 12/23/20 | J | A | |
| 61.  -JP Morgan Equity Large Cap SEEGX | A | Dividend | K | T | Sold<br>(part) | 06/24/20 | J | B | |
| 62. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 63. | | | | | Sold<br>(part) | 12/23/20 | J | B | |
| 64.  -JP Morgan Global Bond GBOSX | A | Dividend | K | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 65.  -Lord Abbett Short LDLFX | A | Dividend | K | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 66.  -Mainstay Mackay High MMHIX | A | Dividend | J | T | | | | | |
| 67.  -Pimco Income Fund CL12 PONPX | B | Dividend | K | T | Buy<br>(add'l) | 12/24/20 | J | | |
| 68.  -Transamerica Intl TSWIX | A | Dividend | K | T | Buy<br>(add'l) | 06/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Goodwin, Charles B.** | 8/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Xtrackers MSCI DBEF | A | Dividend | K | T | | | | | |
| 70. -Vanguard FTSE Emerging VWO | A | Dividend | J | T | | | | | |
| 71. -Wasatch International WAIGX | A | Dividend | K | T | Buy (add'l) | 12/23/20 | J | | |
| 72. | | | | | Sold (part) | 12/23/20 | J | A | |
| 73. -Western Asset Core Plus | B | Dividend | K | T | Sold (part) | 06/24/20 | J | A | |
| 74. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 75. HSA Bank F/K/A JP M C B, NA HSA Service Center 2014 | A | Interest | K | T | | | | | |
| 76. IRA Account #3 (H) | | | | | | | | | |
| 77. -CREF Money Market QCMMRX (Y) | | | | | | | | | |
| 78. -Schwab S&P 500 Index Fund SWPPX (X) | A | Dividend | J | T | | | | | |
| 79. -T-C Intl Eq Idx-Inst TCIEX (X) | A | Dividend | J | T | | | | | |
| 80. IRA Account #4 (H) | | | | | | | | | |
| 81. -AmerCnt One Choice 2055 Ptf Fd AREVX | A | Dividend | J | T | | | | | |
| 82. IRA Account #5 (H) | | | | | | | | | |
| 83. -Blackrock FDS III LIPPX | A | Dividend | K | T | | | | | |
| 84. Rental Property #1 Oklahoma City, Oklahoma | D | Rent | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 8/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5 was previously listed as Treasuries. The treasuries were redeemed for cash in a prior year. This account was closed in 2020.

Lines 38 & 39 are LLC's that are partnerships that invest in different restaurants in Oklahoma and Arkansas.

Line 77 is a Money Market account that was used to purchase stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles B. Goodwin**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544